UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EULALIO MEDRONO MORENO | § | |
| | § | |
| Plaintiff | § | |
| vs | § | CIVIL ACTION NO. 4:11-CV-3311 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**OPINION AND ORDER**

As an addendum to the Court's Order issued on August 2, 2013 (Doc. 132), denying Moreno's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 123) and granting Government's Motion to Dismiss (Doc. 126), the Court concludes that Moreno's Certificate of Appealability is denied.

Under 28 U.S.C. § 2253, a certificate of appealability is required before an appeal may proceed in a § 2255 action. *See Hallmark v. Johnson*, 118 F.3d 1073, 1076 (5th Cir. 1997) (noting that actions under either 28 U.S.C. § 2254 or § 2255 require a certificate of appealability). "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals…." 28 U.S.C. § 2253(c)(1); s*ee also Miller–El v. Cockrell,* 537 U.S. 322, 336–37 (2003). Furthermore, the Court may issue a "certificate of appealability…only if the applicant has made a substantial showing of the denial of a constitutional right" by demonstrating "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." 28 U.S.C. § 2253(c)(2); *Tennard v. Dretke,* 542 U.S. 274, 282 (2004) (internal quotations omitted). A Court may deny a certificate of appealability sua sponte. *Haynes v. Quarterman*, 526 F.3d 189, 193 (5th Cir. 2008) (citing *Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000).

For the reasons cited above and in the Court's Order, Moreno's Certificate of Appealability is denied because a reasonable jurist could not conclude that Moreno has stated a valid claim under § 2255.

It is hereby

**ORDERED** that Moreno's Certificate of Appealability is **DENIED**.

SIGNED at Houston, Texas, this 30th day of June, 2014.

                                    MELINDA HARMON
                          UNITED STATES DISTRICT JUDGE